1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  SUSAN T. KUMAGAI (State Bar No. 127667)
   REBECCA K. KIMURA (State Bar No. 220420)
3  100 Spear Street, Suite 600
   San Francisco, California 94105
4  Telephone:   (415) 357-4600
   Facsimile:    (415) 357-4605
5
   Attorneys for Defendant
6  SILLIKER, INC.

7

8  THE ZUMWALT LAW FIRM, APC
   Frank Zumwalt, Esq. (State Bar No. 132746)
9  Stephanie Wu, Esq. (State Bar No. 268948)
   1600 G Street, Suite 104
10 Modesto, California  95354
   Telephone:   (209) 577-6100
11 Facsimile:    (209) 577-1038

12 Attorneys for Plaintiff,
   CHERIE Y. PAPER

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| CHERIE Y. PAPER, | Case No.  1:11-CV-00334-AWI-SMS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| SILLIKER, INC., a Delaware Corporation, and DOES 1-50, Inclusive, | |
| Defendants. | |

1  Having reached a confidential settlement agreement, Plaintiff Cherie Y. Paper and
2  Defendant Silliker, Inc., acting through their respective counsel of record, hereby stipulate that
3  this action be dismissed with prejudice.

4
5  Dated: _____, 2011          THE ZUMWALT LAW FIRM, APC

6
7                                         By: _____
                                              STEPHANIE WU
8                                             Attorneys for Plaintiff
                                              CHERIE Y. PAPER
9
10
11 Dated: _____, 2011          LAFAYETTE & KUMAGAI LLP
12
13                                         By: _____
                                              REBECCA K. KIMURA
14                                            Attorneys for Defendant
                                              SILLIKER, INC.
15
16
                            **CERTIFICATE OF SERVICE**
17
      I certify that a copy of this document was served electronically on September 9, 2011 on
18 counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by
   use of the Court's ECF system.
19
20                                         /s/ *Rebecca K. Kimura*
                                           REBECCA K. KIMURA
21
22
23                                      **ORDER**
24
25
26 IT IS SO ORDERED.

27 Dated:  September 9, 2011          _____
                                       CHIEF UNITED STATES DISTRICT JUDGE
28

                                                                                    2
**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE (Case No.  1:11-CV-00334-AWI-SMS)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE (Case No.  1:11-CV-00334-AWI-SMS)**